**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia Ann Sepcie <br>                  Debtor | CHAPTER 7 <br><br> BKY. NO. 16-14218 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 5793

                                             Respectfully submitted,

                                             **/s/Joshua I. Goldman, Esquire**
                                             Joshua I. Goldman, Esquire
                                             Thomas Puleo, Esquire
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406